United States Bankruptcy Court
Eastern District of Arkansas

In re:                                                        Case No. 16-16901-pmj
Elvis A Woolsey                                               Chapter 7
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0860-4        User: lindas          Page 1 of 2          Date Rcvd: Sep 24, 2018
                           Form ID: 318           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db           +Elvis A Woolsey,    7 Porterfield Road,    Greenbrier, AR 72058-8908
cr           +ENGS Commercial Finance Co.,    1001 Warrenville Rd, Suite110,    Lisle, IL 60532-1392
5912625       Arkansas Federal Credit Union,    PO Box 9,    Jacksonville, AR 72078-0009
5912629      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: CitiCards,    PO Box 78045,    Phoenix, AZ 85062-8045)
5912632      +CTS Truck Service,    600 S. German,    Bldg #2,    Conway, AR 72034-7009
5927156      #+Chelsea McFadin,    6282 Marshall River Road,    Conway, AR 72034-9340
5912627      +Chelsea McFadin,    535 Enterprise Avenue,    Conway, AR 72032-7148
5912634      +DJ Tire,    301 N. Springfield St,    Plumerville, AR 72127-8853
5927157      +ENGS,   Commercial Finance,    PO Box 4062,    Lisle, IL 60532-9062
5912635      +Element Financial Corp.,    C/o Matthew Foley,    655 Business Center Drive,    Suite 250,
              Horsham, PA 19044-3448
5912637      +Fleet Equipment Leasing,    2505 Farrisview Blvd.,    Memphis, TN 38118-9513
5912638      +Hilburn, Calhoon, Harper,,    Pruniski & Calhoun Ltd,    PO Box 5551,
              North Little Rock, AR 72119-5551
5912639      +McFadin Global Logistics LLC,    535 Enterprise Avenue,    Conway, AR 72032-7148
5912640      +Michael W. Gallagher,,    Esquire,    401 West Johnson Hwy,    Suite 4,
              East Norristown, PA 19401-1983
5912641      +Mid South Sales Inc,    243 County Road 414,    Jonesboro, AR 72404-7508
5921006      +Mintaka Financial, LLC,    PO Box 2149,    Gig Harbor, WA 98335-4149
5912642      +Misty Woolsey,    212 Nantucket Loop,    Maumelle, AR 72113-7268
5912643      +NAPA Auto Parts,    110 S. Verona Ave.,    Russellville, AR 72801-5368
5912644      +On Call Tire,    18 Sublett Circle,    Mayflower, AR 72106-9402
5927158      +Outkast Energy Solutions LLC,    7 Porterfield Road,    Greenbrier, AR 72058-8908
5912648      +Sam McFadin,    535 Enterprise Avenue,    Conway, AR 72032-7148
5927159      +Sam McFadin,    6282 Marshall River Road,    Conway, AR 72034-9340
5912649       Stoughton Rental and,    Leasing Company, LLC,    C/o Jeremy R. Lange Esq.,    PO Box 1767,
              Madison, WI 53701-1767
5912650      +Summit Commercial,    Finance Company,    C/o Insurance Center,    PO Box 3547,
              Bellevue, WA 98009-3547
5912652      +Summit Commercial Finance,    PO Box 2149,    Gig Harbor, WA 98335-4149
5912654      +Wex Bank Fleet One,    C/o Fresh View Solutions,    10865 Grandview Drive,    Suite 2000,
              Overland Park, KS 66210-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: sfowler@rivertownbank.com Sep 25 2018 00:30:02      River Town Bank,    PO Box 577,
              Dardanelle, AR 72834-0577
5912626       E-mail/Text: Bankruptcy@my100bank.com Sep 25 2018 00:31:24      Centennial Bank,    PO Box 966,
              Conway, AR 72033
5912628       EDI: CITICORP.COM Sep 25 2018 04:18:00      CitiCards,    Customer Service Center,    PO Box 6500,
              Sioux Falls, SD 57117-6500
5912630      +EDI: CITICORP.COM Sep 25 2018 04:18:00      CitiCards CBNA,    PO Box 6241,
              Sioux Falls, SD 57117-6241
5912631       EDI: CITICORP.COM Sep 25 2018 04:18:00      CitiCards CBNA,    PO Box 6497,
              Sioux Falls, SD 57117-6497
5912633       EDI: DISCOVER.COM Sep 25 2018 04:18:00      Discover Card Financial,    SVC LLC,    PO Box 15316,
              Wilmington, DE 19850-5316
5915373       EDI: DISCOVER.COM Sep 25 2018 04:18:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH 43054-3025
5912636      +E-mail/Text: jcosme@engsfinance.com Sep 25 2018 00:31:32       ENGS,    Commercial Finance,
              2441 Warrenville Rd,    Suite 310,    Lisle, IL 60532-3642
5965147      +EDI: MID8.COM Sep 25 2018 04:18:00       MIDLAND FUNDING LLC,
              MIDLAND CREDIT MANAGEMENT, INC. as agent,    for MIDLAND FUNDING LLC,    PO Box 2011,
              Warren, MI 48090-2011
5976502      +EDI: RESURGENT.COM Sep 25 2018 04:18:00      PYOD, LLC,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
5912646       E-mail/Text: newbk@Regions.com Sep 25 2018 00:31:00       Regions Bank,
              Regions Commercial Bankcard,    PO Box 216,    Birmingham, AL 35201-0216
5912645       E-mail/Text: newbk@Regions.com Sep 25 2018 00:31:00       Regions Bank,
              Regions Commercial Bankcard,    PO Box 2224,    Birmingham, AL 35246-3042
5912647      +E-mail/Text: sfowler@rivertownbank.com Sep 25 2018 00:30:02      River Town Bank,
              102 N. Front Street,    PO Box 577,    Dardanelle, AR 72834-0577
5912653       EDI: RMSC.COM Sep 25 2018 04:18:00      SYNCB/Belks,    PO Box 965029,    Orlando, FL 32896-5029
                                                                                          TOTAL: 14

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5912651       ##+Summit Commercial Finance,    5201 Olympic Drive NW,    Suite 210,   Gig Harbor, WA 98335-1778
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0860-4        User: lindas           Page 2 of 2           Date Rcvd: Sep 24, 2018
                            Form ID: 318            Total Noticed: 40
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
```
          Arkansas Federal Credit Union   kjackson@afcu.org,  kjackson@afcu.org
          Bunny  Bullock   on behalf of Creditor   River Town Bank bbullock@centurytel.net
          Bunny  Bullock   on behalf of Interested Party   River Town Bank bbullock@centurytel.net
          C. James Kubicek   on behalf of Plaintiff Misty  Woolsey attorneykubicek@gmail.com
          James F. Dowden   jfdowden@swbell.net,  AR13@ecfcbis.com
          Pamela G. Perry   on behalf of Debtor Elvis A Woolsey pperrylaw@comcast.net,
           pperrylaw@gmail.com;R45120@notify.bestcase.com
          Pamela G. Perry   on behalf of Defendant Elvis A Woolsey pperrylaw@comcast.net,
           pperrylaw@gmail.com;R45120@notify.bestcase.com
          Ralph W. Waddell   on behalf of Creditor   Mid South Sales, Inc. rwaddell@wcjfirm.com,
           kcrum@wcjfirm.com
          Randy L. Grice   on behalf of Creditor   ENGS Commercial Finance Co. rgrice@hilburnlawfirm.com
          U.S. Trustee (ust)   USTPRegion13.LR.ECF@usdoj.gov,
           Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
           j.gov
                                                                          TOTAL: 10
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Elvis A Woolsey** | Social Security number or ITIN **xxx–xx–9140** |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN __–_____ |
| United States Bankruptcy Court | **Eastern District of Arkansas** | |
| Case number: | **4:16–bk–16901** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elvis A Woolsey

Dated: 9/24/18

**By the court:**

Phyllis M. Jones

Phyllis M. Jones
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

9/24/18